**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

---

**Abdelaziz Jrida,**

**Petitioner**

CA 07 036S

**v.** **Docket No. :**__________

**United States Citizenship and Immigration Services, and Denis Riordan as District Director, Boston District, U.S. Citizenship and Immigration Services,**

**Respondents**

## PETITION FOR ADJUDICATION OF NATURALIZATION

This Petition seeks adjudication of Petitioner's application for naturalization and either a court order compelling Petitioner's Naturalization Oath Ceremony within thirty (30) days or the administration of the Naturalization Oath by this Court at the conclusion of these proceedings. The Respondents have failed to schedule the Petitioner's request to be sworn in as a naturalized U.S. Citizen within the statutory period. The delay by the Respondents in adjudicating the Petitioner's Application for Naturalization has been unfair and in direct contradiction of the Immigration and Nationality Act.

## PARTIES

1. The Petitioner, Abdelaziz Jrida, is a native and citizen of Morocco who was born on February 1, 1970. Petitioner is a Lawful Permanent Resident of the United States. The Petitioner presently resides at 67 Webster Street, Apartment 3, Pawtucket, RI. His Alien Registration number is He is seeking to become a naturalized United States Citizen.

2. The Respondent, United States Citizenship and Immigration Services, is an agency of the United States Government within the Department of Homeland Security, with offices at 200 Dyer St., Providence, RI. Respondent, Denis Riordan, is the District Director of the Boston District of the US Citizenship and Immigration Services (hereafter USCIS), where he is charged with overall

responsibility for setting and regulating administrative procedures within the Boston District of the USCIS, including the Providence, RI sub-office.

## JURISDICTION

3. This Court has jurisdiction over this action pursuant to the provisions of Immigration and Nationality Act Section 336(b); 28 U.S.C. 1361; and 8 U.S.C. 1329.

4. Venue properly lies within the District of Rhode Island pursuant to Immigration & Nationality Act, Section 336(b), as Petitioner resides in Providence County, Rhode Island and his Application for Naturalization was filed in the USCIS Providence sub-office.

## NATURE OF ACTION

5. Petitioner requests a hearing in the United States District Court for the District of Rhode Island on his Application for Naturalization, which has been pending before the Respondent USCIS since October 29, 2004, when the application was received by the Respondents and for which the Petitioner was interviewed on April 13, 2005. See attached Exhibit 1, Receipt Notice dated November 5, 2004.

## FACTUAL ALLEGATIONS

6. Petitioner has maintained Lawful Permanent Resident status since being granted such status on August 17, 1999.

7. On October 29, 2004 the Respondents received Petitioner's N-400 Application for Naturalization at 75 Lower Welden St., St. Albans, Vermont. Receipt Notice is attached as Exhibit 1.

8. On April 13, 2005 the Petitioner appeared at the USCIS office at 200 Dyer St., Providence, Rhode Island, and was interviewed in connection with his application for naturalization.

9. Petitioner waited patiently for his Application for Naturalization to be adjudicated.

10. The Petitioner has made numerous appointments with USCIS to inquire about the status of his Application for Naturalization. On April 26, 2006 he contacted the FBI regarding his fingerprints and was informed that the prints

had been returned to the USCIS Office from which the original request was made.

11. Petitioner contacted Senator Jack Reed's office and correspondence from the Senator's office indicating efforts on behalf of Petitioner to determine the status of Petitioner's FBI clearance were written on March 7, 2006, April 17, 2006, May 31, 2006, September 25, 2006 and January 4, 2007. These letters are attached as Exhibits 2a-e, respectively.

12. On April 28, 2006, Petitioner's former attorney, David A. Borts, Esq. formally requested that USCIS adjudicate Petitioner's application, informing the Service that the statutory period for adjudication permitted by the Immigration and Nationality Act had expired. This letter is attached as Exhibit 3.

13. To date, USCIS has still not adjudicated Petitioner's application.

## REQUEST FOR RELIEF

Petitioner asks that this Court grant him a hearing on the merits of his Application for Naturalization, find him eligible for naturalization and administer the oath of citizenship.

**WHEREFORE,** Petitioner requests the Court to grant the following relief:

(1) Accept and maintain continuing jurisdiction of this action.

(2) Adjudicate and approve Petitioner's Application for Naturalization.

(3) Administer the Oath of U.S. Citizenship.

(4) Award Petitioner the costs of this action, including fair and reasonable attorney's fees as provided in the Equal Access to Justice Act.

(5) Provide such relief as the Court may deem proper and appropriate.

Respectfully submitted,

Laura C. Harrington

Laura C. Harrington (RI Bar #6079)
Pond, Harrington & Associates, PC
299 W. Main Road
Middletown, RI 02842
(401)849-0111
(401)847-0888

Date: January 29, 2007