JACK REED
RHODE ISLAND

COMMITTEES

ARMED SERVICES
BANKING
HEALTH AND EDUCATION
JOINT ECONOMIC COMMITTEE

# United States Senate

WASHINGTON, DC 20510-3903

PLEASE RESPOND TO:

WASHINGTON, DC:
728 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510-3903
(202) 224-4642

RHODE ISLAND:
201 HILLSIDE ROAD
SUITE 200
GARDEN CITY
CRANSTON, RI 02920-5602
(401) 943-3100

U.S. FEDERAL COURTHOUSE
ONE EXCHANGE TERRACE
ROOM 408
PROVIDENCE, RI 02903-1773
(401) 528-5200

1-(800) 284-4200

TDD RELAY RHODE ISLAND
1-(800) 745-5555

http://reed.senate.gov

March 7, 2006

Mr. Abdelaziz Jrida
67 Webster Street, Apt. 3
Pawtucket, RI 02861

Dear Mr. Jrida:

I am in receipt of a response from FBI, with regard to the status of your name check clearance.

The FBI has informed my office that your case was received on November 12, 2004, however, it is currently pending in their office. They have indicated that they are sensitive to the impact of the delays in processing name check requests and at the same time, the consequences of their mission on homeland security require that their name check process be primarily focused on an accurate and thorough result. They have assured our office that the Citizenship and Immigration Services' (CIS) office in Providence will be advised at the earliest possible date upon completion of your case.

Should you have any questions relative to this correspondence or require additional assistance, please do not hesitate to contact my State Office at 401/943-3100 or toll-free at 1-800-284-4200.

Warm regards.

Sincerely,

Jack Reed
United States Senator

PRINTED ON RECYCLED PAPER

PETITIONER'S EXHIBIT 2a

PENGAD-Bayonne, N.J.