JACK REED
RHODE ISLAND

COMMITTEES

ARMED SERVICES
BANKING
HEALTH AND EDUCATION
JOINT ECONOMIC COMMITTEE

# United States Senate

WASHINGTON, DC 20510-3903

PLEASE RESPOND TO:

WASHINGTON, DC:
728 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510-3903
(202) 224-4642

RHODE ISLAND:
201 HILLSIDE ROAD
SUITE 200
GARDEN CITY
CRANSTON, RI 02920-5602
(401) 943-3100

U.S. FEDERAL COURTHOUSE
ONE EXCHANGE TERRACE
ROOM 408
PROVIDENCE, RI 02903-1773
(401) 528-5200

1-(800) 284-4200

TDD RELAY RHODE ISLAND
1-(800) 745-5555

http://reed.senate.gov

April 17, 2006

Mr. Abdelaziz Jrida

Dear Mr. Jrida:

I am writing to you to inform you that I have sent additional correspondence to the FBI regarding my inquiry on your behalf.

Please be assured once I receive any information, you will be notified immediately.

In the interim, should you have any questions or need additional information, please do not hesitate to contact Norelys R. Consuegra of my State Office at (401) 943-3100 or toll free in Rhode Island at 1-800-284-4200.

Warm regards.

Sincerely,

Jack Reed

Jack Reed
United States Senator

PENGAD-Bayonne, N.J.
PETITIONER'S EXHIBIT
2b

PRINTED ON RECYCLED PAPER