JACK REED
RHODE ISLAND

COMMITTEES

ARMED SERVICES
BANKING
HEALTH AND EDUCATION
JOINT ECONOMIC COMMITTEE

# United States Senate

WASHINGTON, DC 20510-3903

PLEASE RESPOND TO:

WASHINGTON, DC:
728 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510-3903
(202) 224-4642

RHODE ISLAND:

201 HILLSIDE ROAD
SUITE 200
GARDEN CITY
CRANSTON, RI 02920-5602
(401) 943-3100

U.S. FEDERAL COURTHOUSE
ONE EXCHANGE TERRACE
ROOM 408
PROVIDENCE, RI 02903-1773
(401) 528-5200

1-(800) 284-4200

TDD RELAY RHODE ISLAND
1-(800) 745-5555

http://reed.senate.gov

May 31, 2006

RECEIVED
JUN 05 2006
BY:

Mr. David A. Borts, Esquire
Attorney At Law
Law Offices of David Borts
100 Lafayette Street
Pawtucket, RI 02860

***RE: Jrida Abdelaziz***

FILE COPY

Dear Mr. Borts:

I am in receipt of a response from the FBI, with regard to your client's case.

The FBI has informed my office that your client's case is still pending name check clearance. Please know that my office will continue to inquire on the status of his name check clearance in approximately 45 days.

Should you have any questions relative to this correspondence or require additional assistance, please do not hesitate to contact my State Office at 401/943-3100 or toll-free at 1-800-284-4200.

Warm regards.

Sincerely,

Jack Reed

Jack Reed
United States Senator

FILE COPY

PETITIONER'S EXHIBIT 2c

PENGAD-Bayonne, N.J.