JACK REED
RHODE ISLAND

COMMITTEES
ARMED SERVICES
BANKING
HEALTH AND EDUCATION
JOINT ECONOMIC COMMITTEE

# United States Senate

WASHINGTON, DC 20510–3903

PLEASE RESPOND TO:
WASHINGTON, DC:
728 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510–3903
(202) 224–4642

RHODE ISLAND:
201 HILLSIDE ROAD
SUITE 200
GARDEN CITY
CRANSTON, RI 02920–5602
(401) 943–3100

U.S. FEDERAL COURTHOUSE
ONE EXCHANGE TERRACE
ROOM 408
PROVIDENCE, RI 02903–1773
(401) 528–5200

1–(800) 284–4200

TDD RELAY RHODE ISLAND
1–(800) 745–5555

http://reed.senate.gov

September 25, 2006

RECEIVED
SEP 27 2006
BY:

FILE COPY

Mr. David A. Borts, Esquire
Attorney At Law
Law Offices of David Borts
100 Lafayette Street
Pawtucket, RI 02860

***Re: Abdelaziz Jrida***

Dear Mr. Borts:

I am writing to provide you with information I have received from the FBI National Name Check Program Section Records Management Division regarding your client's name check clearance.

The FBI has stated that your client's name check was received on November 12, 2004 and is currently pending. In addition, they have indicated that while an exact date for completion of this review cannot be given, they have assured that the results will be made available to the immigration authorities as expeditiously as possible.

Furthermore, the FBI has informed my office that they are sensitive to the impact of the delays in processing name check requests. At the same time, the consequences of their mission on homeland security requires that their name check process be primarily focused on an accurate and thorough result. This means that there are instances when their review of a name check request must require as much time as needed to obtain an unequivocally correct result. My office will continue to inquire with the FBI on your case.

I trust this information is helpful to you. Should you have any questions or need any additional information, please do not hesitate to contact Norelys R. Consuegra in my office at 401/943-3100 or toll free at 1-800-284-4200.

Warm regards.

FILE COPY

Sincerely,

Jack Reed

Jack Reed
United States Senator

PENGAD-Bayonne, N.J.
PETITIONER'S EXHIBIT
2d

PRINTED ON RECYCLED PAPER