*Law Offices of*
*David A. Borts*
100 Lafayette Street, Suite 200
Pawtucket, R.I. 02860
(401) 724-0830
Fax (401) 728-2520

April 28th, 2006
Friday

To: Bureau of Citizenship & Immigration Services
**ATTENTION: ROSETTA MARTINI**
**OFFICER IN CHARGE**
200 Dyer Street
Providence, R.I. 02903

FILE COPY

FILE COPY

**RE: JRIDA, ABDELAZIZ**
**N-400 MATTER**

Dear Ms. Martini,

I am writing to you regarding the above named applicant who has had an N-400 Application pending for over one year. He was interviewed in your office on 4/13/2005 and his case has been pending since. Mr. Jrida has made numerous appointments with your office to inquire as to the status of his case. He has repeatedly been told that his fingerprints were pending with the FBI. On April 26, 2006, in frustration, Mr. Jrida contacted the FBI and was informed that the prints had been returned to the Service Office that had requested them. As his case has been pending for a period of time in excess of that allowed by the Immigration and Nationality Act, I am requesting immediate approval and a scheduling for an Oath Ceremony.

Thank you for your consideration and anticipated cooperation.

Very truly yours,

David A. Borts, Esquire

DAB/dcm
enclosure

PETITIONER'S EXHIBIT 3
PENGAD-Bayonne, N.J.