AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

Abdelaziz Jrida

V.

U.S. Citizenship and Immigration Services and Denis F

**APPEARANCE**

Case Number:

CA 07 036S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Abdelaziz Jrida

I certify that I am admitted to practice in this court.

1/29/2007
Date

Laura C. Harrington
Signature

Laura C. Harrington 6079
Print Name Bar Number

299 W. Main Road
Address

Middletown RI 02842
City State Zip Code

(401) 849-0111 (401) 847-0888
Phone Number Fax Number