UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ABDELAZIZ JRIDA,
Petitioner,

v. CA 07-36 S

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, and DENIS RIORDAN, as DISTRICT DIRECTOR, BOSTON DISTRICT, U.S. CITIZENSHIP AND IMMIGRATION SERVICES,
Respondents.

**ORDER DIRECTING THE UNITED STATES TO RESPOND**

Before the Court is the Petition for Adjudication of Naturalization ("Petition") filed by Petitioner Abdelaziz Jrida ("Petitioner"). Petitioner seeks "adjudication of [his] application for naturalization and either a court order compelling [his] Naturalization Oath Ceremony within thirty (30) days or the administration of the Naturalization Oath by this Court at the conclusion of these proceedings," Petition at 1, because "Respondents have failed to schedule the Petitioner's request to be sworn in as a naturalized U.S. Citizen within the statutory period," id. The Petition has been referred to me for findings and recommended disposition pursuant to 28 U.S.C. § 636(b)(1)(B).[1]

---

[1] 28 U.S.C. § 636(b)(1) states that:

Notwithstanding any provision of law to the contrary--

(A) a judge may designate a magistrate judge to hear and determine any pretrial matter pending before the court, except a motion for injunctive relief, for judgment on the pleadings, for summary judgment, to dismiss or quash an indictment or information made by the defendant, to suppress evidence in a criminal case, to dismiss or to permit maintenance of a class

Accordingly, **Respondent Riordan, or the United States Attorney for the District of Rhode Island on his behalf, is hereby directed to file a response to the Petition within thirty (30) days of the date of this order.** After it receives the response, the Court will determine whether it can rule on the papers or whether a hearing is necessary.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
January 31, 2007

BY ORDER:

Deputy Clerk

---

action, to dismiss for failure to state a claim upon which relief can be granted, and to involuntarily dismiss an action. A judge of the court may reconsider any pretrial matter under this subparagraph (A) where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law.

(B) a judge may also designate a magistrate judge to conduct hearings, including evidentiary hearings, and to submit to a judge of the court proposed findings of fact and recommendations for the disposition, by a judge of the court, of any motion excepted in subparagraph (A), of applications for posttrial relief made by individuals convicted of criminal offenses and of prisoner petitions challenging conditions of confinement.

28 U.S.C. § 636(b)(1) (footnote omitted).