**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ABDELAZIZ JRIDA,<br>Petitioner, | : | |
| vs. | : | C.A. No. 07-36S |
| UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES, and<br>DENIS RIORDAN, as DISTRICT<br>DIRECTOR, BOSTON DISTRICT,<br>U.S. CITIZENSHIP AND<br>IMMIGRATION SERVICES,<br>Respondents. | : | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

Comes now the United States, by and through its undersigned attorneys, and hereby requests the Court to enter an order enlarging the time within which it may file its response in the above-captioned matter up to and including April 2, 2007. As grounds for this motion, Defendant states that the administrative file has not yet been received by undersigned counsel and additional time will be needed to prepare its response to this Court's Order.

WHEREFORE, Defendant requests that the Court enter an order enlarging the time within which it may respond to this Court's Order up to and including April 2, 2007.

Respectfully Submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Adi Goldstein
ADI GOLDSTEIN, #6701
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, Eighth Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: adi.goldstein@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of March, 2007, I electronically filed the within Motion for Enlargement of Time with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System and a copy has been forwarded by regular mail to:

Laura C. Harrington, Esq.
Pond, Harrington & Associates, PC
299 West Main Road
Middletown, RI 02842

/s/ Adi Goldstein
ADI GOLDSTEIN, #6701
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, Eighth Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: adi.goldstein@usdoj.gov