**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ABDELAZIZ JRIDA,<br>Petitioner, | : | |
| vs. | : | C.A. No. 07-36S |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, and DENIS RIORDAN, as DISTRICT DIRECTOR, BOSTON DISTRICT, U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br>Respondents. | : | |

**DEFENDANT'S SECOND MOTION FOR ENLARGEMENT OF TIME**

Comes now the United States, by and through its undersigned attorneys, and hereby requests the Court to enter an order enlarging the time within which it may file its response in the above-captioned matter up to and including May 2, 2007. This is the second motion filed by defendants. As stated in their first motion, defendants report that the administrative file has not been received in the office of the United States Attorney.

In support of this motion, counsel avers the following:

Upon filing their first motion, defendants forwarded their second request to agency counsel for a litigation report and copy of the petitioner's alien file. To date, nothing has been received.

Recent attempts to obtain the above-referenced documents have been unsuccessful.

Accordingly, we respectfully request our Second Motion for Enlargement of Time up to and including May 2, 2007, be granted.

Respectfully Submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Adi Goldstein
ADI GOLDSTEIN, #6701
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, Eighth Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: adi.goldstein@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of April, 2007, I electronically filed the within Motion for Enlargement of Time with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System and a copy has been forwarded by regular mail to:

Laura C. Harrington, Esq.
Pond, Harrington & Associates, PC
299 West Main Road
Middletown, RI 02842

/s/ Adi Goldstein
ADI GOLDSTEIN, #6701
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, Eighth Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: adi.goldstein@usdoj.gov