**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Abdelaziz Jrida,<br>Petitioner | : | |
| v. | : | C.A. No.: 07-036S |
| United States Citizenship and Immigration Services, and<br>Denis Riordan as District, Director, Boston District,<br>U.S. Citizenship and Immigration Services,<br>Respondents | : | |

**OBJECTION TO RESPONDENT'S SECOND MOTION FOR ENLARGEMENT OF TIME**

Now comes the Petitioner and objects to the Respondent's Second Motion for Enlargement of Time.

As grounds for this motion, Petitioner avers:

1. This case has been pending before the Respondent USCIS since April 13, 2005, when the Petitioner was interviewed for his naturalization application.
2. January 31, 2007, Respondents were ordered by this Court to respond within thirty (30) days to the Petition.
3. On March 2, 2007, Respondents moved to enlarge the time for their response to April 2, 2007. Petitioner did not object and the motion was granted on March 5, 2007.
4. Petitioner now objects to this Second Motion to Enlarge Time as the Respondents have had ample time in which to answer the pending petition and the delay in adjudicating Petitioner's Application for Naturalization is harming the Petitioner as it affects his ability to travel and to marry.

WHEREFORE, Respondent's motion should be denied and this Petition adjudicated on the merits.

Petitioner, Abdelaziz Jrida
by his Attorney,

*/s/ Laura C. Harrington*

Laura C. Harrington, #6079
Pond, Harrington & Associates, PC
299 West Main Rd
Middletown, RI 02842
Tel: (401) 849-0111
Fax: (401) 847-0888

**CERTIFICATION**

I hereby certify that on the 3rd day of April, 2007, I electronically filed the within objection with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System and a copy has been forwarded by electronic means to:

ADI GOLDSTEIN, #6701
Assistant United States Attorney
50 Kennedy Plaza, Eighth Floor
Providence, RI 02903
adi.goldstein@usdoj.gov

*/s/ Steve Martinez*