**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

---

**Abdelaziz Jrida, Petitioner**

**v.** **Docket No. : 07-036S**

**United States Citizenship and Immigration Services, and Denis Riordan as District Director, Boston District, U.S. Citizenship and Immigration Services, Respondents**

**MOTION FOR AN EXPEDITED HEARING ON THE MERITS OF ABDELAZIZ JRIDA'S PETITION FOR NATURALIZATION AND MOTION FOR ADMINISTRATION OF THE OATH OF ALLEGIANCE FOR NATURALIZED CITIZENS**

Now comes the Petitioner and moves this honorable Court for an expedited hearing on the merits of his Petition to Naturalize. As grounds for this motion Petitioner avers that the Respondents have represented to Petitioner's counsel that the background check on the Petitioner is complete and satisfactory and there are no grounds on which Respondents can object to the Petition to Naturalize.

Wherefore, Petitioner requests the soonest possible date for adjudication of his petition to be respectfully requests that the adjudication be followed forthwith by this Court's Administration of the Oath of Allegiance for Naturalized Citizens.

A proposed Order is attached to this Motion.

Petitioner, Abdelaziz Jrida
by his Attorney,

*/s/ Laura C. Harrington*

Laura C. Harrington, #6079
Pond, Harrington & Associates, PC
299 West Main Rd
Middletown, RI 02842
Tel: (401) 849-0111
Fax: (401) 847-0888

**CERTIFICATION**

I hereby certify that on the 10th day of April, 2007, I electronically filed the within motion with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System and a copy has been forwarded by electronic means to:

ADI GOLDSTEIN, #6701
Assistant United States Attorney
50 Kennedy Plaza, Eighth Floor
Providence, RI 02903
adi.goldstein@usdoj.gov

*/s/ Laura Harrington*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**Abdelaziz Jrida, Petitioner**

**v.** **Docket No. : 07-036S**

**United States Citizenship and Immigration Services, and Denis Riordan as District Director, Boston District, U.S. Citizenship and Immigration Services, Respondents**

**PETITIONER'S PROPOSED ORDER**

This matter came on for a hearing on _______________, 2007 before the Honorable Judge William Smith.

The following facts were determined as required by 8 U.S.C. 1427:

1. Petitioner has maintained Lawful Permanent Resident status since being granted such status on August 17, 1999.

2. On October 29, 2004 the Petitioner's N-400 Application for Naturalization was received by the Respondents.

3. Immediately preceding the date of filing his Application for Naturalization, the Petitioner resided continuously within the United States for the previous five years, and he has been physically present within the United States for at least half of that five year period.

4. Petitioner has resided within the State of Rhode Island, for the required three months prior to filing his Application for Naturalization.

5. Petitioner has resided continuously within the United States from the date of his application up to the time of admission to citizenship.

6. During the above referenced time periods, Petitioner has been, and still is, a person of good moral character, attached to the principles of the Constitution of the United States, and well disposed to the good order and happiness of the United States.

WHEREFORE, it is hereby ordered, adjudged and decreed that the Petitioner meets the Requirements of Naturalization. The Oath of Allegiance for Naturalized Citizens shall be administered forthwith or at the next scheduled naturalization ceremony. Respondents shall provide Petitioner with a Certificate of Citizenship within ten (10) days of the date of this Order.

**ENTER:**

__________________________

**William Smith**
**United States Judge**
**Date: ____________________**

**BY ORDER:**

__________________________

**Deputy Clerk**

Presented by

__________________________________

Laura C. Harrington, Esquire #6079
Pond, Harrington & Associate, PC
299 West Main Rd
Middletown, RI 02842
(401) 849-0111
(401) 847-0888-fax