**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ABDELAZIZ JRIDA, | : | |
| Petitioner, | : | |
| | : | |
| vs. | : | C.A. No. 07-36S |
| | : | |
| UNITED STATES CITIZENSHIP AND | : | |
| IMMIGRATION SERVICES, and | : | |
| DENIS RIORDAN, as DISTRICT | : | |
| DIRECTOR, BOSTON DISTRICT, | : | |
| U.S. CITIZENSHIP AND | : | |
| IMMIGRATION SERVICES, | : | |
| Respondents. | : | |

**ORDER**

For the reasons set forth in open Court on April 12, 2007, the Court grants Defendant's Second Motion for Extension of Time to reply to Plaintiff's Petition, except that Defendant shall have up to and including April 20, 2007, to file its responsive pleading.

SO ORDERED:

David L Martin

DAVID L. MARTIN
United States Magistrate Judge
District of Rhode Island
4-13-07