**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ABDELAZIZ JRIDA,<br>Petitioner, | :<br>: | |
| | : | |
| vs. | : | C.A. No. 07-36S |
| | : | |
| UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES, and<br>DENIS RIORDAN, as DISTRICT<br>DIRECTOR, BOSTON DISTRICT,<br>U.S. CITIZENSHIP AND<br>IMMIGRATION SERVICES,<br>Respondents. | :<br>:<br>:<br>:<br>:<br>:<br>: | |

**JOINT MOTION TO REMAND TO USCIS**

Comes now Abdelaziz Jrida, by and through its undersigned counsel, and the United States, by and through its undersigned attorneys, and hereby requests the Court to enter an order remanding this matter to the United States Citizenship and Immigration Service for adjudication for the reasons set forth in attached Memorandum.

Respectfully Submitted,

ABDELAZIZ JRIDA,
Plaintiff

/s/ Laura C. Harrington
LAURA C. HARRINGTON, ESQ
Pond, Harrington & Associates, PC
299 West Main Road
Middletown, RI 02842
(401) 849-0111
(401) 847-0888 (fax)
Harrington@PondHarringtonLaw.com

ROBERT CLARK CORRENTE
United States Attorney

/s/ Adi Goldstein
ADI GOLDSTEIN
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (fax)
adi.goldstein@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of April, 2007, I electronically filed the within Joint Motion to Remand to USCIS with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System and a copy has been forwarded by regular mail to:

Laura C. Harrington, Esq.
Pond, Harrington & Associates, PC
299 West Main Road
Middletown, RI 02842
(401) 849-0111
(401) 847-0888 (fax)
Harrington@PondHarringtonLaw.com

/s/ Adi Goldstein
ADI GOLDSTEIN, #6701
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, Eighth Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: adi.goldstein@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ABDELAZIZ JRIDA,<br>Petitioner, | : | |
| vs. | : | C.A. No. 07-36S |
| UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES, and<br>DENIS RIORDAN, as DISTRICT<br>DIRECTOR, BOSTON DISTRICT,<br>U.S. CITIZENSHIP AND<br>IMMIGRATION SERVICES,<br>Respondents. | : | |

**MEMORANDUM IN SUPPORT OF JOINT MOTION TO REMAND**

Petitioner filed a Petition requesting that this Court adjudicate his Application for citizenship as the United States Citizenship and Immigration Service (USCIS) has failed to do so in a timely manner. While this Petition was pending before this Court, the USCIS notified the attorney for the United States that the Federal Bureau of Investigation (FBI) has completed Petitioner's name check and forwarded the results to the USCIS. On or about April 10, 2007, the USCIS informed the attorney for the United States that the name check came back clear and that the USCIS is now prepared to adjudicate Petitioner's citizenship petition and schedule his swearing-in. However, as long as jurisdiction remains with this Court, the USCIS cannot adjudicate the Petition. According to the USCIS, as soon as a remand is issued, Petitioner can expect a quick adjudication of his Petition and the issuance of a notice to appear for the administration of the Citizenship Oath. The parties ask the Court to take judicial notice of the fact that the next swearing-in ceremony is scheduled for June 4, 2007 before Chief Judge Mary M.

Lisi.

Accordingly, it appears that this matter should be remanded to the USCIS so that it may complete the adjudication of Plaintiff's Petition and schedule his swearing-in. The parties request that the Court order the USCIS to complete the adjudication of citizenship and, unless a denial is warranted for a lawful reason, schedule the Petitioner for the administration of the Oath of Citizenship by June 4, 2007. Should the USCIS fail to act by that date, Petitioner can move to re-open the matter in this Court without prejudice. A proposed Order is being submitted separately to the Court.

Respectfully Submitted,

ABDELAZIZ JRIDA,
Plaintiff

/s/ Laura C. Harrington
LAURA C. HARRINGTON, ESQ
Pond, Harrington & Associates, PC
299 West Main Road
Middletown, RI 02842
(401) 849-0111
(401) 847-0888 (fax)
Harrington@PondHarringtonLaw.com

ROBERT CLARK CORRENTE
United States Attorney

/s/ Adi Goldstein
ADI GOLDSTEIN
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (fax)
adi.goldstein@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of April, 2007, I electronically filed the within Memorandum in Support of Joint Motion to Remand with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System and a copy has been forwarded by regular mail to:

Laura C. Harrington, Esq.
Pond, Harrington & Associates, PC
299 West Main Road
Middletown, RI 02842
(401) 849-0111
(401) 847-0888 (fax)
Harrington@PondHarringtonLaw.com

/s/ Adi Goldstein
ADI GOLDSTEIN, #6701
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, Eighth Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: adi.goldstein@usdoj.gov