**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ABDELAZIZ JRIDA,<br>Petitioner, | : | |
| vs. | : | C.A. No. 07-36S |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, and DENIS RIORDAN, as DISTRICT DIRECTOR, BOSTON DISTRICT, U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br>Respondents. | : | |

**ORDER**

This Court hereby REMANDS this matter to the United States Citizenship and Immigration Service (USCIS) so that the USCIS can complete the adjudication of the Petition for Naturalization of Abdelaziz Jrida and schedule Petitioner for the Oath of Citizenship.

This Court ORDERS the USCIS to complete the adjudication and issue Petitioner Notice of the Naturalization Ceremony on or before June 4, 2007, unless said Petition is lawfully denied by the USCIS for a proper statutory reason prior to that date.

It is further ORDERED that if the USCIS fails to comply with this Court's Order, this matter can be re-opened before this Court without prejudice.

So Ordered:

David L. Martin

DAVID L. MARTIN 4-17-07
United States Magistrate Judge
District of Rhode Island